[No. 9548–0–I.   Division One.   February 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EDWARD TILLMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02954–8, Robert E. Dixon, J., entered October 31, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Callow, J.

[No. 8816–5–I.   Division One.   February 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY KAYE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–01007–0, Liem E. Tuai, J., entered April 14, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Ringold and Corbett, JJ.

[No. 9270–7–I.   Division One.   February 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE PAUL GRAHAM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00130–9, Gerard M. Shellan, J., entered August 28, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Callow, J.

[No. 4232–4–III.   Division Three.   February 2, 1982.]

THORN, INC., *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Columbia County, No. 11055, Patrick McCabe, J., entered October 3, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.